**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 24-1586**

───────────────

MARTA ALICIA RAMIREZ-JUAREZ,

Petitioner,

v.

PAMELA JO BONDI, Attorney General,

Respondent.

───────────────

On Petition for Review of an Order of the Board of Immigration Appeals.

───────────────

Submitted:  May 20, 2025                                    Decided:  June 12, 2025

───────────────

Before THACKER and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

**ON BRIEF:** Nash Fayad, FAYAD LAW, P.C., Richmond, Virginia, for Petitioner.  Brian Boynton, Principal Deputy Assistant Attorney General, Keith I. McManus, Assistant Director, Spencer S. Shucard, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marta Alicia Ramirez-Juarez, a native and citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals (Board) denying her motion to reconsider, reopen, and terminate proceedings or, alternatively, to reopen and remand. We review the denial of motions to reconsider and reopen for abuse of discretion. 8 C.F.R. § 1003.2(a) (2024). Upon review of the Board's order, the administrative record, and Ramirez-Juarez's claims, we find no abuse of discretion. Accordingly, we deny the petition for review. *See In re Ramirez-Juarez* (B.I.A. May 30, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2